UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-14087-BLOOM

JEREMY N. KLECKNER,

    Petitioner,

v.

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER ON *IN FORMA PAUPERIS* MOTION

**THIS CAUSE** is before the Court on Petitioner's Motion for Permission to Appeal *In Forma Pauperis*, ECF No. [21], docketed on May 9, 2023. For the following reasons, the Motion is denied.

In its March 31, 2023 Order on Amended Petition for Writ of Habeas Corpus, the Court stated as follows: "A certificate of appealability is **DENIED**. Because there are no issues with arguable merit, an appeal would not be taken in good faith, and Petitioner is not entitled to appeal *in forma pauperis*." ECF No. [20] at 15. Nothing has changed.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for Permission to Appeal *In Forma Pauperis*, **ECF No. [21]**, is **DENIED**.

Case No. 22-cv-14087-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 9, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Jeremy N. Kleckner
W40378
Graceville Correctional Facility
Inmate Mail/Parcels
5168 Ezell Road
Graceville, FL 32440
PRO SE